RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:	(702) 839-1100
Facsimile:	(702) 839-1113
***Attorneys for Defendant, State Farm Mutual Automobile Insurance Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA LEVANWAY, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign Corporation; DOEX I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No:  2:14-cv-01857-RFB-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF EXTRA-CONTRACTUAL (BAD FAITH AND PUNITIVE DAMAGES CLAIMS** |

IT IS HEREBY STIPULATED by and between Plaintiff, DEBRA LEVANWAY, by and through her attorney of record, A.J. SHARP, ESQ. of RICHARD HARRIS LAW FIRM and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorney, RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, that Plaintiff's claims for extra-contractual (bad faith), punitive damages, and any other claims

/ / /

/ / /

/ / /

/ / /

/ / /

1  involving claims outside of the contractual relationship between State Farm and Debra Levanway
2  are hereby dismissed, without prejudice.
3  DATED this _10th_____ day of June, 2015.

4  **RICHARD HARRIS LAW FIRM**                    **DENNETT WINSPEAR, LLP**

6  By ___/s/ A.J. Sharp_____            By ___/s/ Ryan L. Dennett_____
7  A.J. SHARP, ESQ.                               RYAN L. DENNETT, ESQ.
   Nevada Bar No. 012646                          Nevada Bar No. 005617
8  801 S. 4th Street                              3301 N. Buffalo Drive, Suite 195
   Las Vegas, Nevada  89101                       Las Vegas, Nevada  89129
9  Telephone: (702) 444-4444                      Telephone:   (702) 839-1100
   *Attorney for Plaintiff*                       Facsimile:   (702) 839-1113
10 *Debra Levanway*                               *Attorneys for Defendant, State Farm*
                                                  *Mutual Automobile Insurance Company*

15                                  **ORDER**
16  Good cause appearing therefore, **IT IS SO ORDERED**.

18  DATED this  **17th**   day of   **June**           , 2015.

    _____
    **RICHARD F. BOULWARE, II**
    **United States District Judge**

2