RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:    (702) 839-1100
Facsimile:    (702) 839-1113
***Attorneys for Defendant, State Farm Mutual Automobile Insurance Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA LEVANWAY, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign Corporation; DOEX I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No: 2:14-cv-01857-RFB-GWF<br><br>**STIPULATION AND ORDER FOR REMAND TO STATE COURT** |

IT IS HEREBY STIPULATED by and between Plaintiff, DEBRA LEVANWAY, by and through her attorney of record, A.J. SHARP, ESQ. of RICHARD HARRIS LAW FIRM and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorney, RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, that this matter be remanded, by agreement, for resolution of the <u>contractual</u> claims to Nevada State Court - the extra-contractual claims were previously dismissed by way of Stipulation and Order (Doc #15) - Plaintiff agrees that her total claimed, recoverable damages remaining in this action for solely contractual relief will not exceed the $75,000.00 jurisdictional threshold and the case should be remanded to State Court, and Plaintiff will file an Amended Complaint in State Court devoid of any averments or claims for any extra-contractual (bad faith), punitive damages, and/or

any other claims involving claims outside of the contractual relationship between State Farm and Josephine Kissel, and Defendant will file an Answer thereto.

Both sides acknowledge that each side will bear their own attorneys' fees and costs as it relates to the litigation thus far completed, and that further orders and decisions shall be entered and effective through the Nevada State Court upon remand.

DATED this ____9__ day of September, 2015.

| **RICHARD HARRIS LAW FIRM** | **DENNETT WINSPEAR, LLP** |
|---|---|
| By: /s/ A.J. Sharp<br>A.J. SHARP, ESQ.<br>Nevada Bar No. 012646<br>801 S. 4th Street<br>Las Vegas, Nevada 89101<br>Telephone: (702) 444-4444<br>*Attorney for Plaintiff*<br>*Debra Levanway* | By: /s/ Jennifer Insley Micheri<br>RYAN L. DENNETT, ESQ.<br>Nevada Bar No. 005617<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, Nevada 89129<br>Telephone:   (702) 839-1100<br>Facsimile:     (702) 839-1113<br>*Attorneys for Defendant, State Farm Mutual Automobile Insurance Company* |

## ORDER

Good cause appearing therefore, **IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 16th day of September, 2015.